ROBERT J. PETERS, ESQ.
SBN: 43618
716 19TH STREET, SUITE 200
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO: 916-442-1806

Attorney for Leo Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG 07-0207-KJM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF RELEASE |
| LEO TORRES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

1.  REASONS FOR REQUESTED MODIFICATION:

On July 3, 2007, the Court ordered the defendant released on a $200,000 bond, $100,000 secured by the defendant's property (2333 Olive St., Dos Palos, [Merced County] California 93620) and another $100,000 unsecured appearance bond cosigned by his wife, sister, and brother-in-law under the conditions stated in the record.  The unsecured bond has been signed and will be filed on July 12, 2007.  However, preliminary valuations of defendant's property (his residence) show its value has fallen

1 substantially and his equity has decreased to less than
2 $50,000.  This is due to a general decline in property
3 values in the area.
4     Defendant's sister and brother-in-law, Alejandro and
5 Marisela Dieguez are willing to pledge their residence
6 located at 55 Geil St., Salinas [Monterey County],
7 California 93901 to secure defendant's release.  They are
8 confident their equity exceeds the $100,000 ordered by the
9 court.  In addition, they have signed the unsecured
10 appearance bond.
11    A modification of the conditions of release is
12 acceptable to the government and pretrial services.  Counsel
13 for the government has authorized defense counsel to sign
14 the stipulation on his behalf.
15 2.   STRIPULATION:
16    IT IS HEREBY STIPULATED BY THE PARTIES THAT the
17 property of defendant's sister and brother-in-law located at
18 55 Giel St., Salinas, California 93901, may be used in place
19 of defendant's property for the $100,000 secured bond
20 required by the court for defendant's release.  In the event
21 the equity of this property is found to be less than
22 $100,000, a combination of this property and defendant's
23 property may be used to satisfy the secured bond
24 requirement.  All other conditions of release remain in
25 effect.

1  DATED: July 11, 2007                      Signature on original
2                                            _____
3                                            Robert J. Peters
                                             Attorney for Defendant
4
5                                            Signature on original
                                             _____
6
                                             Jason Hitt
7                                            Assistant U.S. Attorney

8

9  3.   ORDER:

10      GOOD CAUSE APPEARING, the above stipulation is
11 approved.  The Dieguez' property described in the
12 stipulation may be used to secure defendant's release.  If
13 the equity in that residence is found to be less than
14 $100,000, a combination of the Dieguez' property and
15 defendant's property may be used to secure his release.

16      All other conditions of release as stated in the record
17 remain in full force and effect.

18

19 DATED:  July 12, 2007           _____
20                                 EDMUND F. BRENNAN
21                                 UNITED STATES MAGISTRATE JUDGE

(3)