-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILED | |
| July 19, 2007 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
)      Case No. CR.S-07-0248-EJG
       Plaintiff, )
v. )      ORDER FOR RELEASE OF
)      PERSON IN CUSTODY
LEO TORRES, )
)
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEO TORRES, Case No. CR.S-07-0248-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of $200,000.00.

        _X_   Unsecured Appearance Bond - $100,000.00

        \_\_\_   Appearance Bond with 10% Deposit

        _X_   Appearance Bond with Surety - $100,000.00

        _X_   (Other) Conditions as stated on the record.

        \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 19, 2007  at  1:35 PM

By  *Esther Castellanos*
Esther Castellanos
Commissioner, Sacramento County Superior Court