```
FILED
July 19, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-07-0248-EJG |
| Plaintiff, ) | |
| v.               ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LEO TORRES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEO TORRES, Case No. CR.S-07-0248-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $200,000.00.

    _X_   Unsecured Appearance Bond - $100,000.00

    ___   Appearance Bond with 10% Deposit

    _X_   Appearance Bond with Surety - $100,000.00

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 19, 2007 at 1:35 PM

By   *Esther Castellanos* (signature)

Esther Castellanos
Commissioner, Sacramento County Superior Court