**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**GABRIEL CARACHEO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   CR S 07-248 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| ) | **HEARING** |
| GABRIEL CARACHEO, et. al. ) | |
| ) | |
| Defendant. ) | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Jason Hitt, Assistant United States Attorney, and defendant, GABRIEL CARACHEO, through his counsel of record, Joseph J. Wiseman, and defendant, LEO TORRES, through his counsel of record, Robert J. Peters, that the status conference scheduled for April 28, at 10:00 a.m., be rescheduled to June 30, 2008, 10:00 a.m.

    The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning April 28, 2008 and extending through June 30, 2008, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Specifically, defendants CARACHEO and TORRES have decided not to seek an early trial date at this time, which obviates the need for the court to hold a trial setting conference for these defendants. The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: May 5, 2008                     Respectfully submitted,

                                                   JOSEPH J. WISEMAN, P. C.


                                                   By:     /s/ Joseph J. Wiseman

                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                      GABRIEL CARACHEO


Dated: May 5, 2008                     ROBERT J. PETERS


                                                 By:    /s/ Robert J. Peters

                                                     ROBERT J. PETERS
                                                     Attorney for Defendant
                                                     LEO TORRES


Dated: May 5, 2008                     McGREGOR W. SCOTT

                                                 United States Attorney


                                               By:     /s/ Jason Hitt

                                                   JASOPN HITT, AUSA
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to JUNE 30, 2008, at 10:00 a.m.

Dated:  May 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE