**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**GABRIEL CARACHEO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    CR S 07-248 WBS |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| ) | **HEARING** |
| GABRIEL CARACHEO, et. al. ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Jason Hitt, Assistant United States Attorney, and defendant, GABRIEL CARACHEO, through his counsel of record, Joseph J. Wiseman, and defendant, LEO TORRES, through his counsel of record, Robert J. Peters, that the status conference scheduled for April 28, at 10:00 a.m., be rescheduled to June 30, 2008, 10:00 a.m.

The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning April 28, 2008 and extending through June 30, 2008, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Specifically, defendants CARACHEO and TORRES have decided not to seek an early trial date at this time, which obviates the need for the court to hold a trial setting conference for these defendants.  The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Dated: May 5, 2008                           Respectfully submitted,

                                             JOSEPH J. WISEMAN, P. C.


                                             By:     /s/ Joseph J. Wiseman
                                                 JOSEPH J. WISEMAN
                                                 Attorney for Defendant
                                                 GABRIEL CARACHEO


Dated: May 5, 2008                           ROBERT J. PETERS


                                             By:    /s/ Robert J. Peters
                                                 ROBERT J. PETERS
                                                 Attorney for Defendant
                                                 LEO TORRES


Dated: May 5, 2008                           McGREGOR W. SCOTT

                                             United States Attorney


                                             By:     /s/ Jason Hitt
                                                 JASOPN HITT, AUSA
                                                 Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA

1
2 **ORDER**
3     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
4 status hearing in the above-captioned case be continued to JUNE 30, 2008, at 10:00 a.m.
5
6
7 Dated:  May 5, 2008
8
   *[signature]*
9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28