ROBERT J. PETERS, ESQ.
SBN: 43618
716 19TH STREET, SUITE 200
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO: 916-442-1806

Attorney for Defendant Leo Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-248 WBS |
|---|---|---|
| Plaintiff, | ) | REQUEST FOR ORDER AND ORDER EXONERATING BONDS AND RECONVEYING REAL PROPERTY |
| LEO TORRES, et al, | ) | |
| Defendants. | ) | |

The following bonds were posted to secure defendant's release in the above case:

    a) A $50,000.00 appearance bond filed July 19, 2007, secured by a deed of trust on the property located at 55 Geil St., Salinas, CA 93901, the residence of defendant's sister and brother-in-law;

    b) An unsecured appearance bond in the amount of $100,000.00, signed by the defendant, his wife, his sister, and his brother-in-law.

On April 13, 2009, upon his plea of guilty to a superceding indictment, defendant was sentenced to a term of

1  four years imprisonment (Document #393).  On May 26, 2009,
2  the judgment was executed when the defendant entered the
3  Federal Correctional Institute, Seagoville, TX, to commence
4  serving his term (Document #405).
5       THEREFORE, IT IS HEREBY REQUESTED that the $100,000
6  unsecured appearance bond and the $50,000 secured appearance
7  bond be exonerated and that the Clerk of the Court be
8  directed to reconvey all right, title, and interest in the
9  property located at 55 Geil St., Salinas, CA 93901, posted
10 as security in this case.
11
   DATED: June 6, 2009                /s/ Robert J. Peters
12                                    Robert J. Peters
                                      Attorney for Defendant
13
14
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25

1                              O R D E R

2

3        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

4        The $100,000 unsecured appearance bond and the $50,000

5   appearance bond secured by the real property located at 55

6   Geil St., Salinas, CA 93901, posted as security in this case

7   are exonerated.

8        The Clerk of the Eastern District of California is

9   directed to reconvey all right, title, and interest in the

10  above property.

11

12
    DATED: June 10, 2009
13

14                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
15